```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 16541
    ERASTO HERNANDEZ
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-1485

-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 09/11/2007 and was not confirmed.

     The case was dismissed without confirmation 10/29/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------------
CODILIS & ASSOCIATES       NOTICE ONLY     NOT FILED          .00           .00
AMERICAS SERVICEING COMP   NOTICE ONLY     NOT FILED          .00           .00
AMERICAS SERVICING COMPA   CURRENT MORTG         .00          .00           .00
AMERICAS SERVICING COMPA   MORTGAGE ARRE         .00          .00           .00
CATHAY BANK                CURRENT MORTG         .00          .00           .00
CATHAY BANK                MORTGAGE ARRE   NOT FILED          .00           .00
CONSUMER FINANCE           CURRENT MORTG         .00          .00           .00
CONSUMER FINANCE           MORTGAGE ARRE   NOT FILED          .00           .00
US BANK                    NOTICE ONLY     NOT FILED          .00           .00
ILLINOIS DEPT OF REVENUE   PRIORITY        NOT FILED          .00           .00
ILLINOIS DEPT OF REVENUE   NOTICE ONLY     NOT FILED          .00           .00
INTERNAL REVENUE SERVICE   PRIORITY          1607.53          .00           .00
INTERNAL REVENUE SERVICE   UNSECURED          303.33          .00           .00
CATHAY BANK                NOTICE ONLY     NOT FILED          .00           .00
DENNIS G KNIPP             DEBTOR ATTY           .00                        .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                              RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                           .00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                      .00
DEBTOR REFUND                                             .00
                           --------------          --------------
TOTALS                             .00                    .00
```

PAGE 1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 16541 ERASTO HERNANDEZ

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 16541 ERASTO HERNANDEZ